PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** EIGHTH **DISTRICT OF TEXAS** AND MASSACHUSETTS
EIGHTH/FOUR FOURTH **DIVISION**

SIRE STEVEN GABRIEL HOLLOWAY SENIOR
U.S. ATTORNEY # 7021 #9245
Plaintiff's Name and ID Number

SYDA YOGI FOUNDATION WITSEC, MARTIN(S) MERCEDES BEVERLY HILLS BUILDING SHU USP VICTORVILLE FACILITY, STEVEN ANDREW STUART ESTATE BRENTWOOD ESTATE
Place of Confinement

CASE NO. 2:14-CV-000861 DB
(Clerk will assign the number)

v.

SMITH AND WESSON, KOCH, READING FOR THE BLIND LIBRARY OF CONGRESS NON DNA, CROSS PEN MFT., MONT BLANC
Defendant's Name and Address

LEROY MICHAEL HOLLOWAY SYDA FOUNDATION RUMI LUGER MFR LTD, et al.,
Defendant's Name and Address

PFIZER PHARMACEUTICAL(S) U.S. ARMY NORCROSS, GEORGIA, IRISH POST, EX POST FACTO HAITIAN JAMAICAN HEXING et al.,
Defendant's Name and Address U.S. ATTORNEY COMMISSION
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS** * {ARE ANI IMMEDIATE IMMEDIATE POSSIBILITIES} * TRANSFERABLE TO COURT PROBATE PROCEEDING
351 MY WHITE WAY ALL WHITE

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES___NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: PRONTO, NOW 2026/ JULY /21
2. Parties to previous lawsuit:
   Plaintiff(s) SIRE STEVEN GABRIEL HOLLOWAY WINSOR SENIOR
   Defendant(s) GOVENOR OF
3. Court: (If federal, name the district; if state, name the county.)________
4. Cause number: 2:14-CV-000861-DB UTAH
5. Name of judge to whom case was assigned: DECEASED HONORABLE DENIS BENSON
6. Disposition: (Was the case dismissed, appealed, still pending?)________
7. Approximate date of disposition: 2026/JULY/29

II. PLACE OF PRESENT CONFINEMENT: SHU OF USP VICTORVILLE

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: STEVE HARRIS IMPORT (AKA) SALT LAKE FERRARI AND AFFILIATE(S) 808 SOUTH MAIN STREET SALT LAKE CITY, UTAH 8402 / 84101

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: SMITH AND WESSON MFR SAN FRANCISCO BRANCH

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FOLLOWED NON SIRE STEVEN GABRIEL HOLLOWAY SENIOR(S) PROMPTED DIRECTING ADMINISTRATIVE ORDER(S), RUSTING AND CHROMIUM CONTAMINATION, GANGLAND STOWING W/ (QUEERS))

Defendant #2: LEROY MICHAEL TRANSVESTITE SYDIA YOGA (MEN LGBTQ(S)) FOUNDATION RUMINATION AND HYPOHISTARIA HYPOCONDRATIC

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
SPRINGFIELD ~~ARMORY~~ ARMOURY MFR MGMT CANCELLED MY LUGER AND ASSOCIATE(S) CONQUEST(S) TRASLAND DEVELOPEMENT(S) CORPS) WARDON LONG BEACH CALIFORNIA – IS STRIKE AGAINST HOLLOWAY(S) FOUNDATION CORPS) PASADENA CALIFORNIA

Defendant #3: SOUTHERN CONFEDERACY (GYPSIES) FACTUALLY CONCERNING MY GIRSHON DOCUMENT(S) FROM LAWLESS BADLANDS, MY INHERENT RIGHT(S) AS AN TONGAN BIRTHRIGHT CAUCASIAN MAN TRIED TESTED AND PROVEN

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I'M SUING AND SHALL BEAT JAHOVA WITNESS (CARS) CLUB PROFESSOR(S) MARINE STANDARD ANYWHERE, I DECLARE I AM ACHILLES THE GREAT GA.

Defendant #4: U.S. ARMY NORCROSS TRANSLANTA HOMOSEXUAL(S) SAMOAN GANGLAND STOKER DELETED FROM CRASH UNIT (50) HAWAIIAN(50) POLICING I TRAINED DURING HIS ACCLAIMATION(S)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
THE SEXUAL RAPO I'VE PROTECTED ADUE PO.ST. CONDUCT, WHOM HAS NO RIGHT(S) AND ARE PLAYING TIKI GAME(S) I'M NO LONG IN SAMOAN HOST.

Defendant #5: "IRISH P.O.S.T. EX POST FACTO HAITIAN JAMAICAN" U.S. ATTORNEY HEX OF STEVEN MICHAEL MIDDLETON THE THIRD III ILLEGALLY IMPOSED TRIAL AND SENTENCING IMPOSED IN CALIFORNIA N. MDC. L.A. CALIF. 444 LOS ANGELES LAW BUILDING.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
THE MANGY, RUSTY, MOLDY, UGLY, SWAMPY 8060 MELROSE AVE $5.3 MILLION BAD INVESTMENT DIVERTED ROYALT(IES) THROUGH BANK OF AMERICA AMAZON BRANCH DIRECTLY AGAINST HOLLOWAY PUBLISHING CORPS) BY HOLLOWAY HOUSE PUB. CO, ET AL AND FAKE SOBOBO NAVAHO NATION(S) COMBINED WITH MY PFIZER CHEMICAL LABORATORY ACCOMMODATION(S) AND CERTS) UNDER MY U.S. JANE FOND ENDORSEMENT(S) ANCHORED BY AN "ICH ROPE" FOOT, PATELLA, WAIST, PELVIC, RIB, SPINE AND HAIR AN SHIRT INTERTWINDED CHEST AND SHOULDER(S), WITH BRASS PLASTIC COVERED NO WYN'I WIN CLIP(S) JUMP ROPE(S) X 13 + 14

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. NO. AFFIRM MY COMPLAINT.

AS 'MICROSOFT(S)' OWNER AND WHITE BLACK DRAGON OF SKYSCAPER(4) IN HEBER UTAH, HEBER CITY PRIVATE MARSHAL AIRPORT 5 2012 FROP FULL RECLAMATION. I'VE DONE (38) OF HAVING AN ENOT IN PRISON AND SEXUAL ASSAULT BY PROXY OF DISPORING, (TG) TIME TO CANIBALIZE ALL MISUSE OF MY WARDEN POST. DUTIES) TO WHOM MUMEL QUEEN ELIZABETH THE SECOND II, MY COMPLETE OWNERSHIP AND DESIGNS, LIVING AMONG POVERTY STREET PEOPLE AND HAVING SUBJUGATION TO WATCHING IN BLINDING POSTED BY HOMOSEXUAL RENEGADES CRIMINAL BEHAVIOR.

I'M NOT AND 1ST PHASE HOOVER FOLKS, I DECLARE I FEDERAL BUREAU INVESTIGATION(S) CLEARED AND ARE NOT ANY PATTERN(S) AND TENURED LICENSE INDEPENDENT REPUBLICAN ATTORNEY WITH FIRM INTENT. I NEED MY CONSENTS AS-OPTION(S) AND HATHAWAY OF BIRKSHIRE HATHAWAY (CASHED IN) FULL ELECTRONIC PAYMENT AND PERMANENT STAY ORDER, COMMISSIONED APPROVED CHOPPED AND FULL CONTACT(S) WITH IN DECISION MAKING(S)

## VI. RELIEF:

N/A SEE LEGAL PAGE 3 ON

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. FULL AND COMPLETE REPLEVIN ACT / NO TURBAK JANUS → SNOOZE YOU LOSS / FORGOTTEN ANNEXING / BURNT CRISPY DESERT LIVING / CROSS BRUCE CONTAMINATION / HIPPY DISHOVEL RUIN(S) / BAD BREATH LIAR RUSTY CRUSTY SKIN WITH WIN WIN WIN(S) / SUPER POWERBALL WINNING(S) WITH INTEREST ANTIQUATED AMOUNT(S) IN WHOLE, FULL CONTACTS/ WITH WIVES/ AND LESSER WIVE(S), HAREM(S)

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

________________________________________

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

________________________________________

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):____________
2. Case number: N/A
3. Approximate date sanctions were imposed:____________
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):________________________
2. Case number: STRIKE REDUNDANT 3RD CIRCUIT HOSTING (UGS)
3. Approximate date warning was issued:____________________________________________

Executed on: 2026/JULY/14
DATE

SIRE STEVEN GABRIEL HOLLOWAY SENIOR
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 14 day of JULY, 20 26.
(Day) (month) (year)

SIRE STEVEN GABRIEL HOLLOWAY SENIOR
US. ATTY #9245 #7021 #9029
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**