*(EXHIBIT #1)*

Sales Invoice ---S.B.U.---
Victorville - FCC
USP
Account No. 01839112 TF57846
HOLLOWAY, STEVEN EMILE
06/29/2026 10:08:10 AM TX#14624590 46

---

BEGINNING BALANCES:
Available Balance is $28.93
Spending Limit Balance is $230.00
Account Balance is $28.93

| Qty | Description | Price |
|---|---|---|
| 2 | TURKEY CHEESE CO | $3.60 |
| 1 | (ENVELOPES) #10- | $1.95 |
| 2 | (CANDY) REESES (U | $3.40 |
| 2 | BEEF & JALAPENO C | $3.60 |
| 1 | COUGH DROPS--BLAC | $1.50 |
| 2 | WHITE ENVELOPE 11 | $1.70 |
| 1 | PINK BISMUTH | $3.05 |
| 1 | NOTEPAD, LEGAL | $2.80 |
| 1 | NOTEPAD, LEGAL | $2.80 |
| -1 | NOTEPAD, LEGAL | ($2.80) |
| | Total | $21.60 |

Charge 01839112 $21.60

---

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $7.33
Spending Limit Balance is $212.95
Account Balance is $7.33
**************************************
PIN is 2454
**************************************

---

Signature

ALL SALES ARE FINAL!!