U. S. Department of Justice
Federal Bureau of Prisons

Metropolitan Detention Center Los Angeles

Los Angeles Consolidated Legal Center

535 N. Alameda Street
Los Angeles, CA 90012

*{EXHIBIT #2}*

DATE MAILED: May 14, 2026

Steven Holloway
Reg. No. 01839-112
USP Victorville
U.S. Penitentiary
P.O. Box 3900
Adelanto, CA 92301

RE: Administrative Claim No. TRT-WXR-2026-02606

Dear Claimant:

This is in response to your inquiry of May 14, 2026. Your claim is currently being investigated. You will be notified of the agency's determination of your claim once the investigation has been completed.

Sincerely,

May Shin
Supervisory Attorney

Robert J. France
Regional Counsel