REF: STEVEN HOLLOWAY
CA. ATTNY. #150365
EL TORO
TENDER W/NO DELAY(S)

2026/JULY/01

JOHN JOSEPH MACKLEY
ONE COURTHOUSE WAY
SUITE #2500,
BOSTON, MA. 02210-3002

ATTN: COURT(S) CLERK,

RE: TRANSFER W/ RECLAIMMATION(S) IN REPLEVIN PROCESS ACTIVATION.

HELLO. ONCE AGAIN I'M IN TO ADDRESS CONSIDERABLE ESTATE FALSETIES TO IT(S) BENEFACTOR. THE DIVERTING HAS TO STOP COMPLETELY. WITH THIS MY FINANCIAL STATEMENT HAS TO SHOW ME THE FUNDS, BOTTOMLINE.

CLEAR TITLE UNDER ANDREW STUART NEEDS TO QUIT CLAIM W/ FULL DOCCHE/PORTFOLIO TO ACTIVATE TRANSACTION ACCOUNT, BRENTWOOD CALIF. (2) BLOCK(S) FROM UCLA. CHECK GOOGLE.COM/MAPS SAME TIME SCREENSHOT. CERTIFIED VERIFIED COPY(ES).

BELIEVE NOTHING, CHICAGO NOR MIDWID = MIDWEST, FRAUD(S) AND INCONCLUSIVE; THERE(S) IMPROPER JURIS DICTION ISSUE.

"INSTRUCTION(S)"

(1.) TITLE(S) CORRECTION(S): `SIRE STEVEN GABRIEL SENIOR HOLLOWAY OF WINSOR PROVIDENCE AND NETHERLAND, QUEBEC U.K.

(2.) PROFFER PAYMENT DUE OF; HOLLOWAY PUB. LLC, HOLLOWAY PLAZA AND DRIVE ESTATE(S), ANDREW STUART BRENTWOOD ESTATE HOUSE OF BLUE(S) SUNSET AND DOHENY
*(GARNISMENT(S))*
(LEVY LIEN COLLATERAL)

(3.) CATALOG SCREENSHOT(S) OF EACH PARCEL AND REGISTRAR INDEX

(4.) TENDER FROM ALL ACCOUNT(S) AMT: $375,000.00 W/ RECEIPT WITHIN (24)HOUR(S) TO STATE NON ENCUMBERER TO THIS ACCOUNT;

PAY TO: SIRE STEVEN EMILE HOLLOWAY DUKE EARL OF WINSOR PROVIDENCE

* THAT(S) A(N) ROYAL ORDER! *

INHERENT NON-MID LIFE CRISIS ARE MY ROYAL RIGHT(S) IN MY CORPORATE EDITES). THE INTENT ARE GOING TO CANCEL DIVERSION INTENT CAUSED BY TRASH THEFT OF ENEMY(IES). I'M IN AN DINOSAUR RELIGIOUS COSMO OF KAOS.

ILL PREPARED RESTORATION OF FAILED ATTEMPT(S). I NEED REAL ROYAL ACCOMMODATION(S). ABDICATION OF CITIZENSHIP OF ANYWHERE. I'VE DEEM-ED TRASNCAN OF MY LIFE(S) EFFORT(S). I PHYSICALLY SUFFER FROM RADIATION CONTAMINATION AND MANGE HA! HA! REAL FUNNY. IT(S) JUMP ROPE OF THE REDHEAD LIAR(S) SOME FOREIGN HOSTING OF PARASITE(S). THE SOTHERNER(S) BELIEVE I'M ACCEPTING THEIR CUBAN COMMUNE SILENT ACT. I'M SOME INDIAN PUPAL STATE OF BEING. A FRUITLESS EFFORT. WRIT OF REPLEVIN ARE MY PROPER LEGAL COURSE.

THIS (3) STRIKE(S) STATE(S) NO PLACE FOR MY DECISION MAKING. I DROPPED ALL AFFILIATION(S) AND ARE IN REACLAIMATION(S) PROCESS. FURTHER THE MISERABLE MISSOURI ILLEGAL(S) HAVE STARTED THEIR CAMPAIGN W/ HAITIAN(S) AND DOMICAN GYPSIE CREEP(S) (CEPO). I'M NOT JOHOVAN WITNESS AND HAVE AN HOLD BY FRENCH SAMOAN CHICK WHOM FALSIFIED DOCUMENTS IN NEVADA (S) COMPUTATION. I ALREADY HAVE U.S. MARSHAL(S) CERTIFICATION(S) AND ACCOMMODATION(S).

IN SHORT BREAK THE BROKE ARS(ES) I'M AN SAILOR NOT SOME BOOT. I HAVE TO GET MY PERSONAL FINANCIAL CONTROL IN MY HAND(S) OF CONTROL. THE (BS) EVIDENCE ARE ALL INADMISSIBLE. THE PARANOID SCHIZO PATRICIA IRENE HARRIS WILSON DISGUSTING SMELLING KIDNAPPER OF GENERAL HOSPITAL ARE NOT MY MOTHER AND I HAVE DNA PROOF(S).

I DO NOT INTEND TO QUIBBLE NOR COMMIT PERJURY IN VIOLATION OF MY OATH(S), IN CONCERT AD TECUM/SUBPEONA ARE JUSTIFIABLE IN ACCOMPLISHING FULL AND COMPLETE ACCESS OF ROYAL RIGHTFULLY WHITE ACQUISITION(S) SINCE MUMZ(S) ROYAL REIGN.

THANK YOU AND PLEASE CARRY-ON AS YOU WERE AUF WEIRDERSEN HER HEIMER,

PS: I ALSO FILE UNDER ADA ADAPTATION LIGHT SENSITIVITY, DEPT PRECEPTION. I ALSO NEED YOUR SPECIFIC NAME AND ADDRESSMENT.

C/O: SIRE OF WINSOR
STEVEN HOLLOWAY
SENIOR
CA. ATTNY, #150365
USP. #01839-112 SHU UNIT
P.O. BOX 3900
ADELANTO, CALIF.
92301-0710

SIRE STEVEN GABRIEL HOLLOWAY SENIOR.
PETITIONER/ CLAIMANT

{WINSOR/NETHERLANDS U.K.}
{SUBPOENA AD TECUM}

CASE: # 2:14-CV-000861-DB

JUDGE:

*(ADDRESS PRONTO NO DELAYS)

EFFECTIVE (4) POINT MARSHAL, U.S. MARSHAL TRANSPORTER FOR, SIRE STEVEN GABRIEL HOLLOWAY SENIOR. ARE TO APPEAR AT THE BELOW LISTED ADDRESS FOR TENDERING;

SPA TREASURY COURTHOUSE COURT(S)
DEAN JOHN JOSEPH MOAKLEY
ONE COURTHOUSE WAY
SUITE #3002,
BOSTON, MASSACHUSSETT(S)
02210

NOBLE SIRE: [signature]
SIRE STEVEN GABRIEL HOLLOWAY SEAN

JUDGE: ______________________

U.S. TREASURY
ATTNY GENERAL ______________________

REF: SIRE STEVEN GABRIEL HOLLOWAY
U.S. ATTNY # 7021 #9245

2026 JUL 20 PM 12:45

IN THE UNITED STATES DISTRICT COURT
FOR THE EIGHTH DIVISION OF BOSTON
MASSACHUSSETTS FOURTH

| | |
|---|---|
| SIRE STEVEN GABRIEL HOLLOWAY SENIOR U.S. ATTNY #8029 CA. ATTNY. #150365 #7021 USP # 01839-112 ET. AL., CPA / PETITIONER | ROYAL ORDER(S) AND COMMAND OF WINSOR VIA SIRE STEVEN G. HOLLOWAY SENIOR<br>CASE NO. # 2:14-CV-000861 DB |

S: RULE CIVIL PROCEDURE
S: 28/26 U.S.C §§ 7017 AND 3415(a)(1)(4)
AUTHORITY TO PROMPT ACTION

I, SIRE STEVEN GABRIEL HOLLOWAY SENIOR TAKE AND TENDER IMMEDIATELY THE SUM $4.5 MILLION AS ABATEMENT(S) IN REPLEVIN ACTION. AND AFFIRM THIS TRANSFER SHOWING ON MY ACCOUNT(S).

~ INSTRUCTION ~

(1.) THIS COMMAND ARE DECREED FOR ALL AND EVERY ITEM LISTED ABOVE AND BELOW

(2.) 24 HOUR(S) EXPEDIENCE PROMPTING, *(EN CAMERA ET. AL., COURT SIDE')*

(3.) INSTANT NOTIFICATION VIA CASH CARD / APPLEPAY / CASH AP / CHIME ZALE ZELL AP / MACROPAY AP

(4.) BOTTOMLINE ACCOUNTING OF NYC CHASE BRANCH ACCNT. # 9245 INITIAL BALANCE $1.47 MILLION

(5.) INSTANT AVAILABILITY OF $4.5 MILLION AT ANY FEDERAL BUREAU OF PRISON(S) FACILIT(IES) NOT TO EXCLUDE VICTORVILLE PRONTO.

(6.) FOR MY MAILING(S) TO ACHIEVE INSTANT MAXIMUM ~~PRO~~ PROTECTION APPROVAL WITH CERTIFICATION / VERIFICATION / SERVICE RENDERED FOR MY PERSONAL APPEARANCE(S) AD TECUM SUBPOENA(S)

I, CERTIFY AND ACKNOWLEDGE THAT THE ABOVE MENTION STATEMENT OF FACT(S) ARE TRUE AND THAT PERJURY ARE PUNISH ABLE BY U.S. FEDERAL LAW 42 U.S.C. 1918.

JUDGE:

CPA / PETITIONER
SIRE STEVEN HOLLOWAY SR.
CA. ATTNY.# 7021, #8029

U.S. ATTORNEY GENERAL